

Whisenant has failed to state a claim regarding his conditions of confinement, however, because he has not alleged that his diet was medically unsafe or nutritionally inadequate. *See Green v. Ferrell,* 801 F.2d 765, 771–70 (5th Cir.1986). Thus, the district court properly dismissed this claim.

Accordingly, we REVERSE the district court's dismissal of Whisenant's § 1983 claim against the City for wrongful incarceration and AFFIRM the district court's dismissal of Whisenant's § 1983 claim against the City for unconstitutional conditions of confinement.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Esparza–Robles concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose ESPARZA–ROBLES,
Defendant–Appellant.**

**No. 03–50822.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Federal Public Defender, M Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Simon GARZA, Defendant–Appellant.**

**No. 03–41730.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

James Lee Turner, Katherine L Haden, Assistant U.S. Attorneys, Houston, TX, for Plaintiff-Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.